```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 14797
   BETTY J TATE
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1595


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/10/2006 and was confirmed 01/29/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/15/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                              PAID             PAID
--------------------------------------------------------------------------------
 CHASE HOME FINANCE LLC     CURRENT MORTG         .00              .00               .00
 WELLS FARGO FINANCIAL IL   UNSEC W/INTER     966.89            77.29             36.65
 GMAC                       SECURED VEHIC         .00              .00               .00
 WELLS FARGO FINANCIAL BA   UNSEC W/INTER    5559.20           444.79            210.70
 CHASE HOME FINANCE LLC     MORTGAGE ARRE         .00              .00               .00
 ECAST SETTLEMENT CORP      UNSEC W/INTER    1075.85            86.08             40.78
 INTERNAL REVENUE SERVICE   PRIORITY         4251.24           200.47           4251.24
 INTERNAL REVENUE SERVICE   UNSEC W/INTER     347.90            24.36             13.19
 ECAST SETTLEMENT CORP      UNSEC W/INTER    1598.15           111.86             60.57
 ECAST SETTLEMENT CORP      UNSEC W/INTER    2135.22           149.52             80.92
 ECAST SETTLEMENT CORP      UNSEC W/INTER    1294.31            92.88             49.06
 ILLINOIS DEPT OF REVENUE   PRIORITY          131.78             4.38            131.78
 ILLINOIS DEPT OF REVENUE   UNSEC W/INTER     298.80            19.37             11.33
 RESURGENT CAPITAL SERVIC   UNSEC W/INTER    7058.73           458.77            267.54
 GMAC                       UNSEC W/INTER    9867.89           493.40            374.01
 THOMAS W DREXLER           DEBTOR ATTY      2,374.00                           2,374.00
 TOM VAUGHN                 TRUSTEE                                               710.06
 DEBTOR REFUND              REFUND                                                   .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
 TRUSTEE                   10,775.00

 PRIORITY                                          4,383.02
     INTEREST                                        204.85
 SECURED                                                .00
 UNSECURED                                         1,144.75
     INTEREST                                      1,958.32
 ADMINISTRATIVE                                    2,374.00
 TRUSTEE COMPENSATION                                710.06

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 14797 BETTY J TATE
```

```
DEBTOR REFUND                                                            .00
                                         ---------------      ---------------
TOTALS                                         10,775.00            10,775.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE